UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:16–cv–00262–BRO–GJS            Date:   3/9/2016
Title:   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA V. UNITED ARAB SHIPPING COMPANY ET AL

Present: The Honorable  Beverly Reid O'Connell , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 2/29/2016, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 3/4/2016.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk:  rfi